~~PROPOSED~~ **ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Elizabeth D. Laporte<br>U.S. Magistrate Judge | **RE:** | Francis Paul Chick |
| **FROM:** | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:16-cr-000179-VC-1 |

**Date:**   May 16, 2016

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Rich Sarlatte, Supervisor                                  415 436-7512

U.S. Pretrial Services Officer                            **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ **XX**  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __E__ on __May 17, 2016__ at __9:30 am__.

☒ **XX**  Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge __Laporte__   Presiding   District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

*/s/ Elizabeth D. Laporte*                                  __May 16, 2016__
**JUDICIAL OFFICER**                                        **DATE**
Elizabeth D. Laporte
United States Magistrate Judge