## ~~PROPOSED~~ ORDER/COVER SHEET

TO:    **Honorable Elizabeth D. Laporte**        RE:   **Francis Paul Chick**
            **U.S. Magistrate Judge**

FROM:    **Roy Saenz, Chief**          **Docket No.:**   **3:16-cr-000179-VC-1**
            **U.S. Pretrial Services Officer**

Date:    **May 24, 2016**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte                   415 436-7512

U.S. Pretrial Services Specialist        **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐    I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐    Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding  District Court Judge _____

☒☒    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒☒    Modification(s)

        **A.**    **The condition that the defendant be subject to location monitoring while living at his home be DELETED.**

        **B.**    **The condition that the defendant reside at Acceptance Place, a 90 day residential drug treatment program, be ADDED as a condition of the defendant's release.**

☐    Bail Revoked/Bench Warrant Issued.

☐    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐    Other Instructions:

_____

_____

*Elizabeth D. Laporte*        May 24, 2016

**JUDICIAL OFFICER**        **DATE**
Elizabeth D. Laporte
United States Magistrate Judge