**~~PROPOSED~~ ORDER/~~COVER SHEET~~**

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Elizabeth D. Laporte<br>U.S. Magistrate Judge | **RE:** | Francis Paul Chick |
| **FROM:** | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:16-cr-00179-VC-1 |
| **Date:** | 6/8/16 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Denise Mancia                                                                 415-436-7520

U.S. Pretrial Services Officer                                        **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __C__ on _June 21, 2016_ at _9:30 a.m._.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

    A. _____

    B. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____                    June 13, 2016
**JUDICIAL OFFICER**                                                    **DATE**