EDWIN PRATHER, SBN 190536
PRATHER LAW OFFICES
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone: 415-881-7774
Email: edwin@pratherlawoffices.com
        max@pratherlawoffices.com

Attorneys for Defendant
FRANCIS PAUL CHICK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANCIS PAUL CHICK, <br><br> Defendant. | Case No.: CR 16-0179 CRB <br><br> **STIPULATION AND [PROPOSED] ORDER RE SETTING OF STATUS CONFERENCE** |

On December 6, 2016, the Court issued an order relating this case to *USA v. Michael Gary Trent,* CR 16-0178 CRB, another case pending before this Court. The Court's December 6, 2016 Order vacated the previously scheduled court date on January 10, 2017. The parties jointly request and stipulate that this matter be set in front of the Court on January 4, 2017, at 2:00 p.m. for a status conference.

Time has previously been waived through the prior court date of January 10, 2017.

SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER RE SETTING OF STATUS CONFERENCE
[Case No.: CR 16-0179 CRB]

1

|   |   |
|---|---|
| 1 | BRIAN J. STRETCH |
| 2 | United States Attorney |

Dated: December 9, 2016    _____/s/_____
SHAILIKA KOTIYA
Assistant United States Attorney


Dated: December 9, 2016    _____/s/_____
EDWIN PRATHER
PRATHER LAW OFFICES
Attorneys for Defendant
FRANCIS PAUL CHICK

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT, this matter be set for a status conference before the Court on January 4, 2017.  The January 10, 2107 court date has been previously vacated by prior order of this Court.

Dated: 12/9/2016

_____
THE HONORABLE CHARLES R. BREYER
U.S. SENIOR DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE SETTING OF STATUS CONFERENCE
[Case No.: CR 16-0179 CRB]                                                                                                   2